ACCEPTED
03-15-00262-CV
7728577
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 4:00:46 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 4:00:46 PM
JEFFREY D. KYLE
Clerk *Via E-file*

November 6, 2015

Jeffrey D. Kyle
Clerk of the Court
Court of Appeals
Third District of Texas
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     No. 03-15-00262-CV; *Texas Association of Acupuncture and Oriental Medicine v. Texas Board of Chiropractic Examiners; and Yvette Yarbrough, Executive Director in her Official Capacity*; In the Third District Court of Appeals, Austin, Texas

Dear Mr. Kyle,

In response to your November 4, 2015 letter notifying the parties that oral argument was set, I am notifying you of my intention to argue this matter before the Court.  Thank you for your time and consideration.

Sincerely,

*/s/ Joe H. Thrash*
JOE H. THRASH
Assistant Attorney General
State Bar No. 19995500
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-4203
Facsimile:    (512) 320-0167
Joe.thrash@texasattorneygeneral.gov
ATTORNEY FOR APPELLEE

cc:   Craig T. Enoch                    *Via Email:*  cenoch@enochkever.com
      Attorney for Appellant